**Eugene Jerome CUNNINGHAM, Plaintiff–Appellant,**

v.

**Darlene DREW, Warden, FCI Bennettsville; G. Del Rel, Captain, FCI Bennettsville, Defendants–Appellees,**

and

**Inmate Work Committee, a/k/a Inmate Job Quotas Assignment Members, FCI Bennettsville; T. Whitehead, Acting CMC Case Manager Coordinator, FCI**

**324**

Bennettsville; C. Harden, Case Manager, FCI Bennettsville; M. Holland, Case Manager, FCI Bennettsville; T. Smalls, Principal, FCI Bennettsville; W. Kinnion, Food Service Administrator, FCI Bennettsville, Defendants.

No. 14–6040.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2014.

Decided: May 2, 2014.

Eugene Jerome Cunningham, Appellant Pro Se.

Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Jerome Cunningham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cunningham v. Drew,* No. 9:12–cv–02596–RMG, 2013 WL 6834599 (D.S.C. Dec. 23, 2013). We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*